**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. PANTOJA-ROMERO, *individually and as proposed Guardian Ad Litem for minors* MGN-P and NJN-P,<br><br>          Plaintiffs,<br><br>     v.<br><br>WATERFRONT APARTMENTS; 260 CANAL STREET ASSOCIATES; STANFORD PROPERTIES, INC.; and RON LIEBEG,<br><br>          Defendants.<br>_____/ | No. C 02-4954 JSW<br><br>**ORDER REFERRING MOTIONS FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, plaintiffs' and defendants' cross-motions for attorneys' fees are HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, August 12, 2005 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: August 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom