IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. PANTOJA-ROMERO, *individually and as proposed Guardian Ad Litem for minors* MGN-P and NJN-P,<br><br>Plaintiffs,<br><br>v.<br><br>WATERFRONT APARTMENTS; 260 CANAL STREET ASSOCIATES; STANFORD PROPERTIES, INC.; and RON LIEBEG,<br><br>Defendants. | No. C 02-4954 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on January 27, 2006 on Defendants' Motion to Review Magistrate Judge Larson's Report and Recommendation. The Court HEREBY ORDERS that Plaintiffs' opposition to the motion shall be due on Thursday, December 15, 2005 and Defendants' reply brief shall be due on Thursday, December 22, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 30, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE